## TEXAS CENTRAL RAILROAD COMPANY v. R. B. MORRISON.

### No. 2030. Decided March 16, 1910.

**Case Followed.**

The rulings in Texas Central Railroad Co. v. Boesch, post, followed and held to control the disposition of this case.

Error to the Court of Civil Appeals for the Fifth District, in an appeal from Hill County.

*Collins & Cummings,* and *J. A. Kibler,* for plaintiff in error.

*V. L. Shirtleff* and *W. E. Spell,* for defendant in error.

MR. CHIEF JUSTICE GAINES delivered the opinion of the court.

This is a companion case to that of Texas Central Railroad Co. v. A. P. Boesch, this day decided. The same special charge was given at the request of the attorneys of the railroad company and was assigned as error. For the reasons given in the opinion in that case we think the charge was erroneous and therefore reverse the judgment and remand the cause.

*Reversed and remanded.*